*In re* **PEISS**, John H. (MR 20888)
Downers Grove, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent John H. Peiss is suspended from the practice of law for one year and until further order of the Court.